# In the United States Court of Federal Claims

No. 12-572 C

(Filed June 10, 2013)

```
* * * * * * * * * * * * * * * * * * * * *
JOHN ADKERSON, et al.,            *
                                  *
              Plaintiffs,         *
                                  *
      v.                          *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
* * * * * * * * * * * * * * * * * * * * *
```

## ORDER

On June 4, 2013, the parties filed a Joint Status report, pursuant to the court's order of April 12, 2013. Therein, the parties report to the court that settlement discussions continue to proceed in an efficient and promising manner in this case. JSR ¶ 1. The parties request an extension of the current stay for an additional twenty-nine days, through and including July 3, 2013, to complete the settlement proceedings. For good cause shown, it is hereby **ORDERED** that Clerk's Office is directed to continue the STAY until further order of the court; and the parties are directed to **FILE** a **Joint Status Report**, on or before **July 3, 2013**, informing the court of the status of settlement proceedings in this matter.

s/Lynn J. Bush
LYNN J. BUSH
Judge