# In the United States Court of Federal Claims

No. 12-572 C

(Filed June 12, 2013)

```
* * * * * * * * * * * * * * * * * * * * * *
JOHN ADKERSON, et al.,              *
                                    *
            Plaintiffs,             *
                                    *
      v.                            *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
* * * * * * * * * * * * * * * * * * * * * *
```

## ORDER FOR ENTRY OF JUDGMENT

The Clerk's Office is directed to **ENTER** final judgment in the above-captioned case in accordance with the parties' stipulation for entry of judgment filed on June 11, 2013.

**IT IS SO ORDERED.**

s/Lynn J. Bush<br>
LYNN J. BUSH<br>
Judge