# In the United States Court of Federal Claims

No. 12-572 C

(Filed June 12, 2013)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| JOHN ADKERSON, et al., | \* |
| | \* |
| *Plaintiffs,* | \* |
| | \* |
| v. | \* |
| | \* |
| THE UNITED STATES, | \* |
| | \* |
| *Defendant.* | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER FOR ENTRY OF JUDGMENT

The Clerk's Office is directed to **ENTER** final judgment in the above-captioned case in accordance with the parties' stipulation for entry of judgment filed on June 11, 2013.

**IT IS SO ORDERED.**

s/Lynn J. Bush
LYNN J. BUSH
Judge